GLENN H. WECHSLER (State Bar No. 118456)
LAWRENCE D. HARRIS (State Bar No. 153350)
larry@glennwechsler.com
LAW OFFICES OF GLENN H. WECHSLER
1655 N. Main Street, Suite 230
Walnut Creek, CA 94596
Telephone: (925) 274-0200

Attorneys for Defendant First American Loanstar Trustee Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GULDBECK and KIMBERLY A. ANDERSON,<br><br>Plaintiffs,<br><br>vs.<br><br>BNC MORTGAGE, INC., *et al.*,<br><br>Defendants. | Case No.: 09-cv-05733-VRW<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO RESET THE INITIAL STATUS CONFERENCE**<br><br>Date:   March 25, 2010<br>Time:   3:30 P.M.<br>Ctrm.:  6, 17th Floor<br>Judge:  Hon. Vaughn R. Walker |

### STIPULATION

Plaintiffs Alex Guldbeck and Kimberly A. Guldbeck and defendants Chase Home Finance, LLC, Mortgage Electronic Registration Systems, Inc, Voorhees Ventures, Inc. and First American Loanstar Trustee Services stipulate, and respectfully request the Court permit the Status Conference currently scheduled for March 25, 2010 to be reset to an available date on the Court's calendar in the month of June. The court has granted defendants' motions to dismiss on March 1, 2010, with leave to amend, and the amended complaint is not due to be filed until March 22, 2010, three days before the Status Conference.

///

///

///

The parties believe that a Status Conference scheduled for a later date may be a more efficient and economical use of the Court's time and resources, and stipulate to a continuance of the Status Conference to an available date on the Court's calendar in the month of June 2010.

DATED: March 16, 2010                    LAW OFFICES OF GLENN H. WECHSLER

By: /s/ Lawrence D. Harris
Lawrence D. Harris, Attorneys for
Defendant First American Loanstar Trustee
Services

DATED: March 16, 2010                    MEDLIN & HARGRAVE
                                         A Professional Corporation

By: /s/ David R. Medlin
David R. Medlin, Attorneys for
Defendant Voorhees Ventures, Inc.

DATED: March 16, 2010                    MICHAEL ROONEY LAW OFFICE

By: /s/ Michael P. Rooney
Michael P. Rooney, Attorney for Plaintiffs
Alex Guldbeck and Kimberly A. Guldbeck

DATED: March 16, 2010                    ADORNO YOSS ALVARADO & SMITH

By: /s/ Christopher Yoo
Christopher Yoo, Attorneys for
Defendant Chase Home Finance, LLC and
Mortgage Electronic Registration Systems,
Inc.

## ORDER

Pursuant to the Stipulation submitted by plaintiffs Alex Guldbeck and Kimberly A. Guldbeck and defendants Chase Home Finance, LLC, Mortgage Electronic Registration Systems, Inc., Voorhees Ventures, Inc. and First American Loanstar Trustee Services, and good cause appearing therefor, IT IS HEREBY ORDERED that the Status Conference currently scheduled for March 25, 2010, is hereby reset to _____June 24_____, 2010 at __3:30 PM__ _M.

**IT IS SO ORDERED.**

DATED: __3/18/2010__

...

_____
The Honorable Vaughn R Walker
United States District Court Judge