United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX GULDBECK and KIMBERLY A ANDERSON,<br><br>    Plaintiffs,<br><br>    v<br><br>CHASE HOME FINANCE, LLC; FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC; VORHEES VENTURES INC and DOES 1-100,<br><br>    Defendants.<br>_____/ | No   C 09-5733 VRW<br><br>    ORDER |

        Defendants removed the above-captioned case from San Mateo County superior court on December 7, 2009, asserting the court had jurisdiction pursuant to 28 USC § 1331.  Doc #1.  Defendants then moved to dismiss the complaint, and the court granted the motion with leave to amend.  Doc #27.  Plaintiffs filed an amended complaint on March 22, 2010.  Doc #31.  The amended complaint contains no federal claims, and the parties do not appear to be diverse.  While the court had jurisdiction over the case when it was removed, the federal jurisdictional hook was eliminated when

plaintiffs failed to assert any federal claims in the amended complaint.

The court may, in its discretion, remand a matter if all federal claims have been dismissed.  28 USC § 1367(c)(3); see also <u>Wren v Sletten Construction Co</u>, 654 F2d 529, 536 (9th Cir 1981) ("When the state issues apparently predominate and all federal claims are dismissed before trial, the proper exercise of discretion requires dismissal of the state claims.").  The parties are therefore ORDERED to SHOW CAUSE in writing not later than April 9, 2010 why the matter should not be remanded to San Mateo County superior court.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

**United States District Court**
For the Northern District of California