1

2

3

4

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10

**ALEX GULDBECK and KIMBERLY A**      No   C 09-5733 VRW
**ANDERSON,**

                                         ORDER

        **Plaintiffs,**

        **v**

**CHASE HOME FINANCE, LLC; FIRST
AMERICAN LOANSTAR TRUSTEE
SERVICES, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC; VORHEES
VENTURES INC and DOES 1-100,**

        **Defendants.**

_____/

11

12

13

14

15

16

17

18

19

20

        On March 31, 2010, the court ordered the parties to show

cause why the action should not be remanded to San Mateo County

superior court, as the amended complaint contains no federal

claims.  Doc #32.  The deadline to respond to the court's order has

passed, and no party has objected to the proposed remand.  See Doc

##33, 36.

        Because all federal claims have been dismissed, remand is

appropriate.  28 USC § 1367(c)(3); see also <u>Wren v Sletten</u>

<u>Construction Co</u>, 654 F2d 529, 536 (9th Cir 1981) ("When the state

United States District Court

For the Northern District of California

issues apparently predominate and all federal claims are dismissed
before trial, the proper exercise of discretion requires dismissal
of the state claims.").  Accordingly, the action is hereby REMANDED
to San Mateo County superior court.  The clerk is directed to
terminate all motions and close the file.

       IT IS SO ORDERED.

                                                 _____

                                                VAUGHN R WALKER
                                                United States District Chief Judge

**United States District Court**
For the Northern District of California

2